March 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BETH YESHUA HAMASHIACH, Appellant

NO. 14-13-00491-CV                                    V.

MALAIKA ADAN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Malaika Adan, signed, June 17, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court lacked subject matter jurisdiction over the case. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing without prejudice.

We further order that all costs incurred by reason of this appeal be paid by appellee, Malaika Adan.

We further order this decision certified below for observance.